Clerk's Use Only

Initial for fee pd.:

Alan H. Kaufman
445 Park Avenue
New York, New York
Telephone: 646-820-6550



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SUZANNE D. JACKSON

Plaintiff(s),

v.

WILLIAM FISCHER, JON SABES, STEVEN SABES, DAVID GOLDSTEEN, MARVIN SIEGEL, BRIAN CAMPION, LONNIE BOOKBINDER, CHETAN NARSUDE, MANI KOOLASURIYA, JOSHUA ROSEN, UPPER ORBIT, LLC, SPECIGEN, INC., PEER DREAMS INC., NOTEBOOKZ INC., ILEONARDO.COM INC., NEW MOON LLC, MONVIA LLC, and SAZANI BEACH HOTEL

Defendant(s).

CASE NO. 3:11-cv-02753-JSC

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Alan H. Kaufman, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Suzanne D. Jackson in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Robert J. Stumpf, Jr., Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 13, 2011