```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    Vernon H. Granneman (SBN 83532)
 2    vernon.granneman@pillsburylaw.com
    Dianne L. Sweeney (SBN 187198)
 3    dianne.sweeney@pillsburylaw.com
    2475 Hanover Street
 4  Palo Alto, CA  94304-1114
    Telephone:  (650) 233-4500
 5  Facsimile:  (650) 233-4545
 6
    OPPENHEIMER WOLFF & DONNELLY LLP
 7  Bret A. Puls, Esq. (Pro Hac Vice application to be filed forthwith)
      BPuls@oppenheimer.com
 8  Samuel R. Hellfeld (SBN 234421)
    SHellfeld@oppenheimer.com
 9  45 South Seventh Street, Suite 3300
    Minneapolis, MN  55402
10  Telephone:  (612) 607-7000
    Facsimile:  (612) 607-7100
11
12  Attorneys for Defendant
    DAVID GOLDSTEEN
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE D. JACKSON, | Case No. 3:11-cv-02753-JSW |
| Plaintiff, | |
| v. | |
| WILLIAM FISCHER; JON SABES; STEVEN SABES; DAVID GOLDSTEEN; MARVIN SIEGEL; BRIAN CAMPION; LONNIE BROOKBINDER; CHETAN ORBIT, LLC ; SPECIGEN, INC. ; PEER DREAMS INC.; NOTEBOOKZ INC.; ILEONARDO.COM INC.; NEW MOON LLC; MONVIA LLC; and SAZANI BEACH HOTEL, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT; DECLARATION OF SAMUEL R. HELLFELD IN SUPPORT** |
| Defendants. | |

Plaintiff Suzanne Jackson and Defendant David Goldsteen, by and through their counsel, and subject to the Court's approval, stipulate as follows:

WHEREAS, Plaintiff served her complaint on Defendant David Goldsteen on August 27, 2011;

WHEREAS, Defendant Goldsteen has requested an extension of time to answer or otherwise respond to the complaint;

WHEREAS, Plaintiff has previously agreed to extend the time to answer or otherwise respond to the complaint to October 11, 2011 for Defendants Marvin Siegel, Jon Sabes and Steven Sabes.

WHEREAS, Plaintiff has likewise agreed to extend Defendant David Goldsteen's time to answer or otherwise respond to the complaint to October 11, 2011;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES that, subject to the Court's approval, Defendant Goldsteen shall answer or otherwise respond to the complaint on or before October 11, 2011.

Dated: September 15, 2011  **SHEPPARD MULLIN RICHTER & HAMPTON, LLP**

By: /s/ Robert J. Stump
Robert J. Stump
Attorney for Plaintiff Suzanne D. Jackson

Dated: September 15, 2011  **OPPENHEIMER WOLFF & DONNELLY, LLP**

By: /s/ Samuel R. Hellfeld
Samuel R. Hellfeld
Attorney for Defendant David Goldsteen

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: September 16, 2011  _____
The Honorable Jeffrey S. White

STIPULATION AND [PROPOSED] OR EXTENDING TIME TO
RESPOND TO COMPLAINT

2