1  The Law of Offices of Tom Chia-Kai Wang
2  Tom Chia-Kai Wang (SBN 269050) (Northern District of California Admission Application to be filed forthwith)
3  117 West 9th St., Suite 206
   Los Angeles, CA 90015
4  Telephone: (213) 290-0930
   Facsimile: (213) 622-0335
5
6  Attorneys for Defendants Chetan Narsude, Mani Koolasuriya, Monvia LLC
7
8              UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION
11

| | |
|---|---|
| SUZANNE D. JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM FISCHER; JON SABES; STEVEN SABES; DAVID GOLDSTEEN; MARVIN SIEGEL; BRIAN CAMPION; LONNIE BROOKBINDER; CHETAN NARSUDE; MANI KOOLASURIYA; JOSHUA ROSEN; UPPER ORBIT, LLC; SPECIGEN, INC.; PEER DREAMS INC.; NOTEBOOKZ INC.; ILEONARDO.COM INC.; NEW MOON LLC; MONVIA LLC; and SAZANI BEACH HOTEL,<br><br>    Defendants. | Case No. 3:11-cv-02753-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT; DECLARATION OF TOM CHIA KAI WANG IN SUPPORT** |

1. Plaintiff Suzanne Jackson and Defendants Chetan Narsude, Mani Kulasooriya, Monvia LLC, by and through their counsel, and subject to the Court's approval, stipulate as follows:

WHEREAS, Plaintiff served her complaint on Defendants Chetan Narsude, Mani Kulasooriya, Monvia LLC on or around August 30, 2011;

WHEREAS, Defendants Chetan Narsude, Mani Kulasooriya, Monvia LLC have requested an extension of time to answer or otherwise respond to the complaint;

WHEREAS, Plaintiff has previously agreed to extend the time to answer or otherwise respond to the complaint to October 11, 2011 for Defendants David Goldsteen, Marvin Siegel, Jon Sabes and Steven Sabes;

WHEREAS, Plaintiff has likewise agreed to extend Defendants Chetan Narsude, Mani Kulasooriya, Monvia LLC's time to answer or otherwise respond to the complaint to October 11, 2011;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES that, subject to the Court's approval, Defendants Chetan Narsude, Mani Kulasooriya, Monvia LLC shall answer or otherwise respond to the complaint on or before October 11, 2011.

Dated: September 18, 2011     **SHEPPARD MULLIN RICHTER & HAMPTON, LLP**

By: _____

Robert J. Stumpf, Jr.

Attorney for Plaintiff Suzanne D. Jackson

Dated: September 18, 2011     **THE LAW OFFICES OF TOM CHIA-KAI WANG**

By: /s/ Tom Chia Kai Wang

Tom Chia Kai Wang

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT; DECLARATION OF TOM CHIA KAI WANG IN SUPPORT

| | |
|---|---|
| 1 | Attorney for Defendants Chetan Narsude, Mani |
| 2 | Kulasooriya, Monvia LLC |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: September 19, 2011

*/s/ Jeffrey S. White*

The Honorable Jeffrey S. White