PETER C. McMAHON (State Bar No. 161841)
KATHERINE DEBSKI (State Bar No. 271528)
MCMAHON SEREPCA LLP
985 Industrial Road, Suite 201
San Carlos, CA 94070
Telephone: (650) 637-0600
Facsimile: (650) 637-0700
Email: peter@msllp.com; katherine@msllp.com

Attorneys for Defendants
WILLIAM FISCHER AND UPPER ORBIT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE D. JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM FISCHER; JON SABES; STEVEN SABES; DAVID GOLDSTEEN; MARVIN SIEGEL; BRIAN CAMPION; LONNIE BOOKBINDER; CHETAN NARSUDE; MANI KOOLASURIYA; JOSHUA ROSEN; UPPER ORBIT, LLC; SPECIGEN, INC.; PEER DREAMS, INC., NOTEBOOKZ, INC., ILEONARDO.COM, INC.; NEW MOON, LLC; MONVIA, LLC; and SAZANI BEACH HOTEL,<br><br>Defendant. | Case No. 3:11-cv-02753-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT; DECLARATION OF PETER C. MCMAHON IN SUPPORT THEREOF** |

Plaintiff Suzanne Jackson ("Plaintiff") and defendants William Fischer ("Fischer") and Upper Orbit, LLC ("Upper Orbit"), by and through their counsel, and subject to the Court's approval, stipulate as follows:

WHEREAS, on or about August 31, 2011, Fischer and Upper Orbit voluntarily accepted service of Plaintiff's complaint through their Minnesota counsel;

WHEREAS, Fischer and Upper Orbit have requested an extension of time to answer or otherwise respond to the complaint;

WHEREAS, Plaintiff has previously agreed to extend time to answer or otherwise respond to the complaint to October 11, 2011 for defendants Marvin Siegal, Jon Sabes, Steven Sabes, Chetan Narsude, Mani Kulasooriga, Monvia, LLC, and David Goldsteen;

WHEREAS, Plaintiff has likewise agreed to extend Fischer's and Upper Orbit's time to answer or otherwise respond to the complaint to October 11, 2011;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES that defendants Fischer and Upper Orbit shall answer or otherwise respond to the complaint on or before October 11, 2011.

Dated: September 21, 2011

/s/ Peter C. McMahon
Peter C. McMahon
MCMAHON SEREPCA LLP
Attorneys for Defendants
William Fischer & Upper Orbit, LLC

Dated: September 21, 2011

/s/ Robert J. Stumpf
Robert J. Stumpf
SHEPPARD MULLIN ET AL.
Attorneys for Plaintiff Suzanne Jackson

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 21, 2011

_____
The Hon. Jeffrey S. White

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME: Case No: 5:11-cv-01644-LHK