PILLSBURY WINTHROP SHAW PITTMAN LLP
Vernon H. Granneman (SBN 83532)
 vernon.granneman@pillsburylaw.com
Dianne L. Sweeney (SBN 187198)
 dianne.sweeney@pillsburylaw.com
2475 Hanover Street
Palo Alto, CA  94304-1114
Telephone:  (650) 233-4500
Facsimile:  (650) 233-4545

OPPENHEIMER WOLFF & DONNELLY LLP
Bret A. Puls, Esq. (*Pro Hac Vice* application to be filed forthwith)
 BPuls@oppenheimer.com
Samuel R. Hellfeld (SBN 234421)
SHellfeld@oppenheimer.com
45 South Seventh Street, Suite 3300
Minneapolis, MN  55402
Telephone:  (612) 607-7000
Facsimile:  (612) 607-7100

Attorneys for Defendant
DAVID GOLDSTEEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE D. JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM FISCHER; JON SABES; STEVEN SABES; DAVID GOLDSTEEN; MARVIN SIEGEL; BRIAN CAMPION; LONNIE BROOKBINDER; CHETAN ORBIT, LLC ; SPECIGEN, INC. ; PEER DREAMS INC.; NOTEBOOKZ INC.; ILEONARDO.COM INC.; NEW MOON LLC; MONVIA LLC; and SAZANI BEACH HOTEL,<br><br>    Defendants. | Case No. 3:11-cv-02753-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT; DECLARATION OF SAMUEL R. HELLFELD IN SUPPORT** |

STIPULATION AND [PROPOSED] OR EXTENDING TIME TO
RESPOND TO COMPLAINT

1

1  Plaintiff Suzanne Jackson and Defendant David Goldsteen, by and through their counsel, and
2  subject to the Court's approval, stipulate as follows:
3  WHEREAS, Plaintiff served her complaint on Defendant Goldsteen on August 27, 2011;
4  WHEREAS, on September 15, 2011, Plaintiff and Defendant Goldsteen filed a Stipulation to
5  extend the time to answer or otherwise respond to the complaint to October 11, 2011, which was
6  entered by the Court on September 16, 2011 (Dkt. No. 24).
7  WHEREAS, Plaintiff and Defendant Goldsteen have agreed to a further, one-week extension
8  of time to answer or otherwise respond to the complaint on October 18, 2011 in order to afford
9  counsel for both parties the opportunity to continue their discussions regarding the complaint and a
10 potential early resolution of this matter.
11 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN
12 THE PARTIES that, subject to the Court's approval, Defendant Goldsteen shall answer or otherwise
13 respond to the complaint on or before October 18, 2011.

Dated: October 10, 2011               **SHEPPARD MULLIN RICHTER & HAMPTON, LLP**

                                      By:  /s/ Robert J. Stump
                                          Robert J. Stump
                                          Attorney for Plaintiff Suzanne D. Jackson

Dated: October 10, 2011               **OPPENHEIMER WOLFF & DONNELLY, LLP**

                                      By:  /s/ Samuel R. Hellfeld
                                          Samuel R. Hellfeld
                                          Attorney for Defendant David Goldsteen

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: October 12, 2011               _____
                                      The Honorable Jeffrey S. White

STIPULATION AND [PROPOSED] OR EXTENDING TIME TO
RESPOND TO COMPLAINT

2

OPPENHEIMER: 2901278 v01 10/10/2011