KAUFMAN LLC
ALAN H. KAUFMAN
445 Park Avenue
New York, New York 10022
Telephone: 646-820-6550
Facsimile: 646-820-6568
Appearing Pro Hac Vice

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ROBERT J. STUMPF, JR., Cal. Bar No. 72851
rstumpf@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Plaintiff Suzanne D. Jackson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE D. JACKSON,<br><br>            Plaintiff,<br><br>   v.<br><br>WILLIAM FISCHER, JON SABES, STEVEN SABES, DAVID GOLDSTEEN, MARVIN SIEGEL, BRIAN CAMPION, LONNIE BOOKBINDER, CHETAN NARSUDE, MANI KOOLASURIYA, JOSHUA ROSEN, UPPER ORBIT, LLC, SPECIGEN, INC., PEER DREAMS INC., NOTEBOOKZ INC., ILEONARDO.COM INC., NEW MOON LLC, MONVIA LLC, and SAZANI BEACH HOTEL,<br><br>            Defendant. | Case No. CV 11-2753 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT; DECLARATION OF ROBERT J. STUMPF IN SUPPORT THEREOF** |

-1-

1   Plaintiff Suzanne Jackson ("Plaintiff"), by and through her counsel, and
2   defendant Brian Campion ("Campion"), pro se, subject to the Court's approval, stipulate as
3   follows:
4   WHEREAS, on or about August 27, 2011, Campion was personally served
5   Plaintiff's complaint and summons;
6   WHEREAS, Plaintiff and Campion have already stipulated to an extension
7   of time to answer or otherwise respond to the complaint to October 11, 2011 (see Doc. #
8   32);
9   WHEREAS, Plaintiff has previously agreed to extend time to answer or
10  otherwise respond to the complaint to October 11, 2011 for defendants Marvin Siegel, Jon
11  Sabes, Steven Sabes, Chetan Narsude, Mani Kulasooriga, Monvia, LLC, David Goldsteen,
12  William Fischer and Upper Orbit LLC;
13  WHEREAS, Campion has newly requested an extension of time to answer or
14  otherwise respond to the complaint to October 28, 2011;
15  WHEREAS, Plaintiff has agreed to extend Campion's time to answer or
16  otherwise respond to the complaint to October 28, 2011;
17  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY
18  AND BETWEEN THE PARTIES that, subject to the Court's approval, defendant Campion
19  shall answer or otherwise respond to the complaint on or before October 28, 2011.
20  Dated: October 17, 2011

*[signature]*
Brian Campion

22  Dated: October 17, 2011

/s/ **Robert J. Stumpf**
Robert J. Stumpf
SHEPPARD MULLIN ET AL.
Attorneys for Plaintiff Suzanne Jackson

25  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

27  Dated: October 18, 2011

*[signature]*
The Hon. Jeffrey S. White