PETER C. McMAHON (State Bar No. 161841)
KATHERINE DEBSKI (State Bar No. 271528)
MCMAHON SEREPCA LLP
985 Industrial Road, Suite 201
San Carlos, CA 94070
Telephone: (650) 637-0600
Facsimile: (650) 637-0700
Email: peter@msllp.com; katherine@msllp.com

Attorneys for Defendants
WILLIAM FISCHER AND UPPER ORBIT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE D. JACKSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM FISCHER; JON SABES; STEVEN SABES; DAVID GOLDSTEEN; MARVIN SIEGEL; BRIAN CAMPION; LONNIE BOOKBINDER; CHETAN NARSUDE; MANI KULASOORIYA; JOSHUA ROSEN; UPPER ORBIT, LLC; SPECIGEN, INC.; PEER DREAMS, INC., NOTEBOOKZ, INC., ILEONARDO.COM, INC.; NEW MOON, LLC; MONVIA, LLC; and SAZANI BEACH HOTEL,<br><br>　　　　Defendant. | Case No. 3:11-cv-02753-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTIONS TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER:　Case No: 3:11-cv-02753-JSW

1

Plaintiff Suzanne Jackson ("Plaintiff") and defendants William Fischer ("Fischer"), Upper Orbit, LLC ("Upper Orbit"), Jon Sabes ("Jon Sabes"), Steven Sabes ("Steven Sabes"), David Goldsteen ("Goldsteen"), Marvin Siegel ("Siegel"), Brian Campion ("Campion"), Chetan Narsude ("Narsude"), Mani Kulasooriya ("Kulasooriya"), and Monvia, LLC ("Monvia"), collectively "Defendants", by and through their counsel, and subject to the Court's approval, stipulate as follows:

WHEREAS, on or about June 6, 2011, Plaintiff filed her Complaint;

WHEREAS, Plaintiff served her Complaint on Defendants on varying dates, as follows:

(a) On August 19, 2011, Plaintiff's complaint was served on Defendant Siegel, who stipulated with Plaintiff to extend Siegel's time to respond until October 11, 2011;

(b) On August 27, 2011, Plaintiff's complaint was served on Defendant Goldsteen, who stipulated with Plaintiff to extend his time to respond until October 11, 2011;

(c) On or about August 27, 2011, Plaintiff's complaint was served on Defendant Campion, who stipulated with Plaintiff to extend his time to respond until October 28, 2011;

(d) On August 30, 2011, Plaintiff's complaint was served on Defendants Jon Sabes and Steven Sabes, who stipulated with Plaintiff to extend their time to respond until October 11, 2011;

(e) On August 30, 2011, Plaintiff's complaint was served on Defendants Monvia, Narsude, and Kulasooriya, who stipulated with Plaintiff to extend their time to respond until October 11, 2011;

(f) On August 31, 2011, Defendants Fischer and Upper Orbit voluntarily accepted service of Plaintiff's complaint through their Minnesota counsel, who stipulated with Plaintiff to extend Fischer's and Upper Orbit's time to respond until October 11, 2011;

(g) Defendants Bookbinder, Specigen, Peer Dreams, Notebookz, iLeonardo.com, New Moon and Joshua Rosen have been served but have not yet entered appearances and Defendant Sazani Beach Hotel has not been served;

WHEREAS, certain Defendants have filed motions to dismiss, as follows:

(a) On October 11, 2011, motions to dismiss were filed by Defendants Jon Stabes, Steven Sabes, Siegel, Fischer, Upper Orbit, Goldsteen, Kulasooriya, Narsude, and Monvia;

WHEREAS, the hearing on Defendants' Motions to Dismiss is currently set for February 24, 2012 at 9:00 a.m.;

WHEREAS, Defendants have met and conferred regarding an alternative to the briefing schedule set forth by Civil Local Rule 7-3;

WHEREAS, the parties hereby stipulate that Plaintiff's response(s) to all Motions to Dismiss set for hearing on **February 24, 2012** shall now be due on **November 28, 2011**, and Defendants' Replies to Plaintiff's opposition(s) shall be due on **December 16, 2011**.

STIPULATION AND [PROPOSED] ORDER:   Case No: 3:11-cv-02753-JSW

3

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES that the briefing schedule set forth above is an acceptable modification to the briefing schedule set forth under Civil Local Rule 7-3.

Dated: October 20, 2011

**/s/ Peter C. McMahon**
Peter C. McMahon
MCMAHON SEREPCA LLP
Attorneys for Defendants
William Fischer & Upper Orbit, LLC

Dated: October 20, 2011

**/s/Robert Stumpf**
Robert Stumpf
SHEPPARD MULLIN ET AL.
Attorneys for Plaintiff Suzanne Jackson

Dated: October 20, 2011

**/s/Tanya Herrera**
Tanya Herrera
STEIN & LUBIN LLP
Attorneys for Defendants Jon Stabes,
Steven Sabes, and Marvin Siegel

Dated: October 21, 2011

**/s/Brian Campion**
Brian Campion
Defendant, *in pro per*

Dated: October 21, 2011

**/s/Bret A. Puls**
Bret A. Puls (*Pro Hac Vice*)
OPPENHEIMER WOLFF &
DONNELLY LLP
Attorneys for Defendant David Goldsteen

Dated: October 20, 2011

**/s/Tom Chia-Kai Wang**
Tom Chia-Kai Wang
LAW OFFICES OF TOM CHIA-KAI WANG
Attorneys for Defendants Chetan Narsude,
Mani Kulasooriya, and Monvia LLC

In addition, the case management conference, and all associated deadlines, is CONTINUED from October 28, 2011 at 1:30 p.m. to April 27, 2012 at 1:30 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: October 21, 2011

_____
The Hon. Jeffrey S. White