1  KAUFMAN LLC
   ALAN H. KAUFMAN
2  445 Park Avenue
   New York, New York 10022
3  Telephone:    646-820-6550
   Facsimile:    646-820-6568
4  Appearing Pro Hac Vice

5  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
6    Including Professional Corporations
   ROBERT J. STUMPF, JR., Cal. Bar No. 72851
7  rstumpf@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
8  San Francisco, California 94111-4109
   Telephone:    415-434-9100
9  Facsimile:    415-434-3947

10 Attorneys for Plaintiff Suzanne D. Jackson

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

| 15 | SUZANNE D. JACKSON, | Case No. CV 11-2753 JSW |
|---|---|---|
| 16 | Plaintiff, | |
| 17 | v. | **JOINT STIPULATION PURSUANT TO FED. R. CIV. P. 15, L.R. 6-1 (b) and 6-2 TO:** |
| 18 | WILLIAM FISCHER, JON SABES, STEVEN SABES, DAVID GOLDSTEEN, MARVIN SIEGEL, BRIAN CAMPION, LONNIE BOOKBINDER, CHETAN NARSUDE, MANI KOOLASURIYA, JOSHUA ROSEN, UPPER ORBIT, LLC, SPECIGEN, INC., PEER DREAMS INC., NOTEBOOKZ INC., ILEONARDO.COM INC., NEW MOON LLC, MONVIA LLC, and SAZANI BEACH HOTEL, | **(1) FILE FIRST AMENDED COMPLAINT;** |
| 19 | | **(2) EXTEND THE DATE BY WHICH DEFENDANTS MUST RESPOND TO FIRST AMENDED COMPLAINT;** |
| 20 | | |
| 21 | | **AND** ~~DECLARATION OF ROBERT J. STUMPF JR. IN SUPPORT THEREOF~~ |
| 22 | | |
| 23 | | **ORDER THEREON** |
| 24 | Defendant. | |

25
26
27
28

W02-WEST:5DAS1\404133041.4    STIPULATION TO FILE AMENDED COMPLAINT AND
                              EXTEND DATES FOR RESPONSIVE PLEADINGS

1 **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Civil L.R. 6-1(b), 6-2, and 7-12, it is hereby stipulated by and between the parties, through their respective attorneys, that:

(1) Plaintiff Suzanne Jackson ("Jackson") may file her First Amended Complaint in this action on or before December 2, 2011.

(2) Instead of the period of time set by Federal Rule of Civil Procedure 15(a)(3) for responding to an amended pleading, Defendants William Fischer, Upper Orbit LLC, Jon Sabes, Steven Sabes, Marvin Siegel, Mani Koolasuriya, Monvia LLC, Chetan Narsude and New Moon LLC ("Defendants") shall answer or otherwise respond to the First Amended Complaint on or before January 13, 2012.

(3) Defendants hereby waive notice and service of the First Amended Complaint.

(4) Defendants William Fischer and Upper Orbit LLC shall withdraw their Motion to Dismiss (Doc. #40), filed on October 11, 2011, by filing a notice of withdrawal within five court days of the filing of this Stipulation.

(5) Defendants Jon Sabes, Steven Sabes and Marvin Siegel shall withdraw their Motion to Dismiss (Doc. #39), filed on October 11, 2011, by filing a notice of withdrawal within five court days of the filing of this Stipulation.

(6) Defendants Mani Koolasuriya, Monvia LLC and Chetan Narsude shall withdraw their Motion to Dismiss (Doc. #42), filed on October 11, 2011, by filing a notice of withdrawal within five court days of the filing of this Stipulation.

Dated: November 28, 2011

**/s/ Robert J. Stumpf, Jr.**
Robert J. Stumpf, Jr.
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Attorneys for Plaintiff Suzanne Jackson

Dated: November 28, 2011

**/s/ Peter C. McMahon**
Peter C. McMahon
MCMAHON SEREPCA LLP
Attorneys for Defendants William Fischer and Upper Orbit, LLC

| | |
|---|---|
| Dated: November 28, 2011 | **/s/ Tanya Herrera**<br>Tanya Herrera<br>STEIN & LUBIN LLP<br>Attorneys for Defendants Jon Sabes, Steven Sabes, and Marvin Siegel |
| Dated: November 28, 2011 | **/s/ Tom Chia-Kai Wang**<br>Tom Chia-Kai Wang<br>LAW OFFICES OF TOM CHIA-KAI WAING<br>Attorneys for Defendants Chetan Narsude, Mani Kulasooriya, and Monvia LLC |
| Dated: November 28, 2011 | **/s/ Nancy Gruver**<br>Founder<br>Defendant New Moon LLC |

**Filer's Attestation**: Pursuant to General Order No. 45, Section X(B) regarding signatures, Robert J. Stumpf, Jr. hereby attests that concurrence in the filing of this document has been obtained.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __November 29__, 2011

_____
The Hon. Jeffrey S. White