The Law of Offices of Tom Chia-Kai Wang
Tom Chia-Kai Wang (SBN 269050)
117 West 9th St., Suite 206
Los Angeles, CA 90015
Telephone: (213) 290-0930
Facsimile: (213) 622-0335

Attorneys for Defendants Chetan Narsude, Mani Kulasooriya, Monvia LLC and New Moon LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE D. JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM FISCHER; JON SABES; STEVEN SABES; DAVID GOLDSTEEN; MARVIN SIEGEL; BRIAN CAMPION; LONNIE BROOKBINDER; CHETAN NARSUDE; MANI KULASOORIYA; JOSHUA ROSEN; UPPER ORBIT, LLC; SPECIGEN, INC.; PEER DREAMS INC.; NOTEBOOKZ INC.; ILEONARDO.COM INC.; NEW MOON LLC; MONVIA LLC; and SAZANI BEACH HOTEL,<br><br>    Defendants. | Case No. 3:11-cv-02753-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY THE COURT'S CIVIL STANDING ORDERS** |

**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS
ESTABLISHED BY THE COURT'S CIVIL STANDING ORDERS**

Plaintiff Suzanne Jackson and Defendants Chetan Narsude, Mani Kulasooriya, Monvia LLC and New Moon LLC (collectively "Defendants"), by and through their counsel, and subject to the Court's approval, stipulate as follows:

**WHEREAS**, Plaintiff filed a First Amended Complaint ("FAC") on December 5, 2011;

**WHEREAS**, the FAC asserts purported federal securities fraud and common law claims related to Plaintiff's investments;

**WHEREAS**, the FAC alleges, *inter alia*, that Defendants engaged in a comprehensive scheme to defraud Plaintiff in violation of the Securities Exchange Act of 1934 and the Securities Act of 1933 and by failing to provide and failing to disclose material facts, which purportedly constitute common law fraud;

**WHEREAS**, the parties agree that the FAC's scope and complexity warrant a modest increase in the page limits imposed by this Court's Civil Standing Orders for Defendants' opening brief and Plaintiff's opposition brief to Defendants' motion to dismiss, but that the page limit for Defendants' reply brief shall remain 15 pages;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES**, subject to the Court's approval, that:

1. Defendants' memorandum of law in support of their motion to dismiss shall not exceed 25 pages; and
2. Plaintiff's memorandum of law in opposition to Defendants' motion to dismiss shall not exceed 25 pages.

Dated: January 4, 2012             **KAUFMAN LLC**

                                    By: /s/ Alan H. Kaufman

                                    Alan H. Kaufman

                                    Attorneys for Plaintiff Suzanne D. Jackson

- 2 -
**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY THE COURT'S CIVIL STANDING ORDERS**

Dated: January 4, 2012  **THE LAW OFFICES OF TOM CHIA-KAI WANG**

By: /s/ Tom Chia Kai Wang

Tom Chia Kai Wang

Attorneys for Defendants Chetan Narsude, Mani Kulasooriya, Monvia LLC and New Moon LLC

- 3 -
**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY THE COURT'S CIVIL STANDING ORDERS**

# [PROPOSED] ORDER

Having reviewed the above stipulation, **IT IS HEREBY ORDERED** that the page limits for the motion to dismiss briefing in this matter shall be:

Defendants' motion to dismiss: 25 pages

Plaintiff's opposition to Defendants' motion to dismiss 25 pages

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: January __5__, 2012  _____

The Honorable Jeffrey S. White

United States District Judge

- 4 -
**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY THE COURT'S CIVIL STANDING ORDERS**