Theodore A. Griffinger, Jr. (SBN 66028)
Tanya Herrera (SBN 177790)
STEIN & LUBIN LLP
Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
tgriffinger@steinlubin.com
therrera@steinlubin.com

Attorneys for Defendants,
JON SABES, STEVEN SABES AND MARVIN SIEGEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE D. JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM FISCHER; JON SABES; STEVEN SABES; DAVID GOLDSTEEN; MARVIN SIEGEL; BRIAN CAMPION; LONNIE BROOKBINDER; CHETAN NARSUDE; MANI KOOLASURIYA; JOSHUA ROSEN; UPPER ORBIT, LLC; SPECIGEN, INC.; PEER DREAMS INC.; NOTEBOOKZ INC.; ILEONARDO.COM INC.; NEW MOON LLC; MONVIA LLC; and SAZANI BEACH HOTEL,<br><br>Defendants. | Case No. 3:11-cv-02753-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY THE COURT'S CIVIL STANDING ORDERS** |

Plaintiff Suzanne Jackson and Defendants Jon Sabes, Steven Sabes and Marvin Siegel (collectively "Defendants"), by and through their counsel, and subject to the Court's approval, stipulate as follows:

**WHEREAS**, Plaintiff filed a First Amended Complaint ("FAC") on December 5, 2011;

**WHEREAS**, the FAC asserts purported federal securities fraud and common law

claims related to Plaintiffs' investments;

**WHEREAS**, the FAC alleges, *inter alia*, that Defendants engaged in a comprehensive scheme to defraud Plaintiff in violation of the Securities Exchange Act of 1934 and the Securities Act of 1933 and by failing to provide and failing to disclose material facts, which purportedly constitute common law fraud;

**WHEREAS**, the parties agree that the FAC's scope and complexity warrant a modest increase in the page limits imposed by this Court's Civil Standing Orders for Defendants' opening brief and Plaintiff's opposition brief to Defendants' motion to dismiss, but that the page limit for Defendants' reply brief shall remain 15 pages;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES**, subject to the Court's approval, that:

1. Defendants' memorandum of law in support of their motion to dismiss shall not exceed 25 pages; and

2. Plaintiffs memorandum of law in opposition to Defendants' motion to dismiss shall not exceed 25 pages.

Dated: January 6, 2011         KAUFMAN LLC

                               By: */s/ Alan H. Kaufman*
                               Alan H. Kaufman
                               Attorneys for Plaintiff Suzanne D. Jackson

Dated: January 6, 2011         STEIN & LUBIN LLP

                               By: */s/ Tanya Herrera*
                               Tanya Herrera
                               Attorneys for Defendants
                               Jon Sabes, Steven Sabes and Marvin Siegel

1 **[PROPOSED] ORDER**

Having reviewed the above stipulation, **IT IS HEREBY ORDERED** that the page limits for the motion to dismiss briefing in this matter shall be:

    Defendants' motion to dismiss:    25 pages

    Plaintiff's opposition to Defendants' motion to dismiss:    25 pages

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: January 11, 2012

_____
The Honorable Jeffrey S. White
United States District Judge

By: CHIEF JUDGE JAMES WARE