Theodore A. Griffinger, Jr. (SBN 66028)
Tanya Herrera (SBN 177790)
STEIN & LUBIN LLP
Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
tgriffinger@steinlubin.com
therrera@steinlubin.com

Attorneys for Defendants,
JON SABES, STEVEN SABES AND MARVIN SIEGEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE D. JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM FISCHER; JON SABES; STEVEN SABES; DAVID GOLDSTEEN; MARVIN SIEGEL; BRIAN CAMPION; LONNIE BROOKBINDER; CHETAN NARSUDE; MANI KOOLASURIYA; JOSHUA ROSEN; UPPER ORBIT, LLC; SPECIGEN, INC.; PEER DREAMS INC.; NOTEBOOKZ INC.; ILEONARDO.COM INC.; NEW MOON LLC; MONVIA LLC; and SAZANI BEACH HOTEL,<br><br>    Defendants. | Case No. 3:11-cv-02753-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT; DECLARATION OF TANYA HERRERA IN SUPPORT** |

Plaintiff Suzanne Jackson and defendants Marvin Siegel, Jon Sabes and Steven Sabes, (together "Defendants"), by and through their counsel, and subject to the Court's approval, stipulate as follows:

WHEREAS, Plaintiff served her First Amended Complaint on December 5, 2011;

WHEREAS, the parties previously stipulated that Defendants' last day to answer or otherwise respond to Plaintiff's First Amended Complaint would be January 13, 2011;

WHEREAS, Defendants have requested an additional extension of time to answer or otherwise respond to the First Amended;

WHEREAS, Plaintiff has agreed to extend Defendants' time to answer or otherwise respond to the First Amended Complaint to January 27, 2012;

WHEREAS, Defendants have agreed that Plaintiff's opposition to the motion to dismiss will be due on or before February 24, 2012;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES that, subject to the Court's approval, Defendants shall answer or otherwise respond to the First Amended Complaint on or before January 27, 2012.

Dated: January 9, 2012　　　　　　　　　　SHEPPARD MULLIN RICHTER
　　　　　　　　　　　　　　　　　　　　　　& HAMPTON LLP

　　　　　　　　　　　　　　　　By:　 /s/ Robert J. Stumpf, Jr.
　　　　　　　　　　　　　　　　　　　Robert J. Stumpf, Jr.
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　SUZANNE D. JACKSON

Dated: January 9, 2012　　　　　　　　　　STEIN & LUBIN LLP

　　　　　　　　　　　　　　　　By:　 /s/ Tanya Herrera
　　　　　　　　　　　　　　　　　　　Tanya Herrera
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　MARVIN SIEGEL, JON SABES and STEVEN SABES

0690115/452741v1　　　　　　　　　　　2　　　　　　　　　Case No. 3:11-cv-02753-JSC
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT;
DECLARATION OF TANYA HERRERA IN SUPPORT

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

2

3  Dated: __January 11, 2012__

4  By: CHIEF JUDGE JAMES WARE