KAUFMAN LLC
ALAN H. KAUFMAN
445 Park Avenue
New York, New York 10022
Telephone: 646-820-6550
Facsimile: 646-820-6568
Appearing Pro Hac Vice

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ROBERT J. STUMPF, JR., Cal. Bar No. 72851
rstumpf@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Plaintiff Suzanne D. Jackson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE D. JACKSON,<br><br>       Plaintiff,<br><br>   v.<br><br>WILLIAM FISCHER, JON SABES, STEVEN SABES, DAVID GOLDSTEEN, MARVIN SIEGEL, BRIAN CAMPION, LONNIE BOOKBINDER, CHETAN NARSUDE, MANI KOOLASURIYA, JOSHUA ROSEN, UPPER ORBIT, LLC, SPECIGEN, INC., PEER DREAMS INC., NOTEBOOKZ INC., ILEONARDO.COM INC., NEW MOON LLC, MONVIA LLC, and SAZANI BEACH HOTEL,<br><br>       Defendant. | Case No. CV 11-2753 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO MOTIONS TO DISMISS AND TO REPLY; DECLARATION OF ROBERT J. STUMPF IN SUPPORT THEREOF** |

# STIPULATION

Pursuant to Federal Rule of Civil Procedure Civil L.R. 6-1(b), 6-2, and 7-12, it is hereby stipulated by and between the parties, through their respective attorneys, that:

WHEREAS, Plaintiff Suzanne Jackson ("Jackson") filed and served her First Amended Complaint on December 5, 2011;

WHEREAS, Jackson and Defendants William Fischer, Upper Orbit LLC, Jon Sabes, Steven Sabes, Marvin Siegel, Mani Koolasuriya, Monvia LLC, Chetan Narsude and New Moon LLC ("Defendants") previously stipulated that Defendants' last day to answer or otherwise respond to the First Amended Complaint would be January 13, 2012;

WHEREAS, Defendants requested an additional extension of time to answer or otherwise respond to the First Amended;

WHEREAS, Plaintiff agreed to extend Defendants' time to answer or otherwise respond to the First Amended Complaint to January 27, 2012;

WHEREAS, Defendants agreed that Plaintiff's opposition to the motions to dismiss would be due on or before February 24, 2012;

WHEREAS, Jackson requested an additional extension of time to oppose the motions to dismiss, to March 16, 2012;

WHEREAS, Defendants agreed that Plaintiff's opposition to the motions to dismiss would be due on or before March 16, 2012;

WHEREAS the parties further agreed that Defendants would have an extension of time to file replies on their motions to dismiss, such that they would be due on or before April 9, 2012;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to the Court's approval, Plaintiff shall file and serve her opposition to Defendants' motions to dismiss on or before March 16, 2012, and Defendants shall file and serve their reply papers on or before April 9, 2012.

| | | |
|---|---|---|
| 1 | Dated: February 21, 2012 | **/s/ Robert J. Stumpf, Jr.** |
| 2 | | Robert J. Stumpf, Jr. |
| | | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 3 | | Attorneys for Plaintiff Suzanne Jackson |
| | Dated: February 21, 2012 | **/s/ Peter C. McMahon** |
| 4 | | Peter C. McMahon |
| | | MCMAHON SEREPCA LLP |
| 5 | | Attorneys for Defendants William Fischer and Upper Orbit, LLC |
| 6 | Dated: February 21, 2012 | **/s/ Tanya Herrera** |
| 7 | | Tanya Herrera |
| | | STEIN & LUBIN LLP |
| 8 | | Attorneys for Defendants Jon Sabes, Steven Sabes, and Marvin Siegel |
| 9 | Dated: February 21, 2012 | **/s/ Tom Chia-Kai Wang** |
| 10 | | Tom Chia-Kai Wang |
| | | LAW OFFICES OF TOM CHIA-KAI WANG |
| 11 | | Attorneys for Defendants Chetan Narsude, Mani Kulasooriya, Monvia LLC, and New Moon LLC |

**Filer's Attestation**: Pursuant to General Order No. 45, Section X(B) regarding signatures, Robert J. Stumpf, Jr. hereby attests that concurrence in the filing of this document has been obtained.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __February 22____, 2012

_____
The Hon. Jeffrey S. White