PETER C. McMAHON (State Bar No. 161841)
MCMAHON SEREPCA LLP
985 Industrial Road, Suite 201
San Carlos, CA 94070
Telephone: (650) 637-0600
Facsimile: (650) 637-0700
Email: peter@msllp.com

Attorneys for Defendants
WILLIAM FISCHER AND UPPER ORBIT, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE D. JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM FISCHER; JON SABES; STEVEN SABES; DAVID GOLDSTEEN; MARVIN SIEGEL; BRIAN CAMPION; LONNIE BOOKBINDER; CHETAN NARSUDE; MANI KOOLASURIYA; JOSHUA ROSEN; UPPER ORBIT, LLC; SPECIGEN, INC.; PEER DREAMS, INC., NOTEBOOKZ, INC., ILEONARDO.COM, INC.; NEW MOON, LLC; MONVIA, LLC; and SAZANI BEACH HOTEL,<br>    Defendant. | Case No. 4:11-cv-02753-PJH<br><br>**DEFENDANT WILLIAM FISCHER'S NOTICE OF FILING OF BANKRUPTCY PETITION** |

Case No. 4:11-cv-02753-JSW
NOTICE OF BANKRUPTCY

1
2  Notice is hereby given to the Court and the Parties that Defendant William
3  Fischer has filed bankruptcy proceedings in the United States Bankruptcy Court, District of
4  Minnesota on the 11th day of April, 2012. Attached here to as **Exhibit A** is a true and correct
5  copy of Defendant's bankruptcy petition.
6
7  Dated: April 24 , 2012                    MCMAHON SEREPCA LLP
8
9                                            By: */s/Peter C. McMahon*
                                                  Peter C. McMahon
10                                                Attorneys for Defendants
                                                  William Fischer and Upper Orbit, LLC
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                              1                    Case No. 3:11-cv-02753-JSW
                                     NOTICE OF BANKRUPTCY