UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUZANNE D. JACKSON,

    Plaintiff,

    v.

WILLIAM FISCHER, et al.,

    Defendant.
_____/

No. C 11-2753 PJH

**ORDER**

    Presently pending in this case are four motions to dismiss the first amended complaint, all of which are set for hearing on June 6, 2012. The time for filing the reply briefs has passed, but none have been filed. No later than 12:00 noon on Monday, May 21, 2012, the parties (with the exception of defendant William Fischer, who has filed a notice of filing of bankruptcy petition) shall file a joint status statement advising the court of the status of the pending motions. Otherwise, the motions will be denied.

**IT IS SO ORDERED.**

Dated: May 18, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge