UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUZANNE D. JACKSON,

    Plaintiff,                                       No. C 11-2753 PJH

    v.                                             **ORDER**

WILLIAM FISCHER, et al.,

    Defendants.

_____/

In view of defendants' failure to file replies to plaintiff's opposition to their motions to dismiss, and in view of the apparent agreement of all defendants except one to the filing of a second amended complaint, the court is inclined to approve the filing of the second amended complaint and also to terminate the pending motions to dismiss. Any party that wishes to object to this procedure shall file a response, no later than Friday, May 25, 2012. If the court receives no objections, plaintiff shall file the second amended complaint, no later than June 15, 2012. Any motions to dismiss shall be filed within 21 days of the date of filing of the second amended complaint.

The date for the hearing on the pending motions to dismiss, previously set for June 6, 2012, is VACATED.

**IT IS SO ORDERED.**

Dated: May 21, 2012

                                                              _____
                                                              PHYLLIS J. HAMILTON
                                                              United States District Judge