The Law Offices of Tom Chia-Kai Wang
Tom Chia-Kai Wang (SBN 269050)
117 West 9th Street, Suite 206
Los Angeles, CA 90015
Telephone: (213) 290-0930
Facsimile: (213) 596-0916

Attorneys for Defendant,
NEW MOON GIRL MEDIA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE D. JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM FISCHER; JON SABES; STEVEN SABES; DAVID GOLDSTEEN; MARVIN SIEGEL; BRIAN CAMPION; LONNIE BROOKBINDER; CHETAN GRUVER; MANI GRUVER; JOSHUA ROSEN; UPPER ORBIT, LLC; SPECIGEN, INC.; PEER DREAMS INC.; NOTEBOOKZ INC.; ILEONARDO.COM INC; NEW MOON LLC; and SAZANI BEACH HOTEL,<br><br>Defendants. | Case No.: 4: 11-cv-02753-PJH<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY AND SUBSTITUTION OF ATTORNEY**<br><br>Original Complaint Filed: June 6, 2011<br>Trial Date: None |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant, NEW MOON GIRL MEDIA, INC. incorrectly sued herein as NEW MOON LLC, by and through its attorney, Tom Chia-Kai Wang of the Law Offices of Tom Chia-Kai Wang consents to the substitution of Gregory M. Doyle, Esq. (State Bar No. 092155) of the Toschi, Sidran, Collins & Doyle Law Firm, 100 Webster Street, Suite 300, Oakland, California 94607; telephone (510) 835-3400, as counsel of record in this matter for NEW MOON GIRL MEDIA, INC only.

///

///

///

I consent to the substitution.

DATE: 7-9-12

*Nancy Gruver* (signature)
NANCY GRUVER, CEO OF
NEW MOON GIRL MEDIA, INC.

///

I consent to the substitution.

DATE: _____

TOM CHIA-KAI WANG

I consent to the substitution.

DATE _____

GREGORY M. DOYLE

Please add the firm of Toschi, Sidran, Collins & Doyle to your service list.

Gregory M. Doyle, Esq.
Thomas M. Crowell, Esq.
TOSCHI SIDRAN COLLINS & DOYLE
100 Webster Street, Suite 300
Oakland, CA 94607
Tel: (510) 835-3400
Fax: (510) 835-7800
Email. gdoyle@toschisidran.com
Email. tcrowell@toschisidran.com

1  I consent to the substitution.

2  DATE: _____
                                          _____
3                                         NANCY GRUVER, CEO OF
                                          NEW MOON GIRL MEDIA, INC.
4  ///

5

6  I consent to the substitution.

7  DATE: 7/11/12                          _____
                                          TOM CHIA-KAI WANG
8

9

10 I consent to the substitution.

11 DATE: July 11, 2012                    _____
                                          GREGORY M. DOYLE
12

13
   Please add the firm of Toschi, Sidran, Collins & Doyle to your service list.
14
   Gregory M. Doyle, Esq.
15 Thomas M. Crowell, Esq.
   TOSCHI SIDRAN COLLINS & DOYLE
16 100 Webster Street, Suite 300
   Oakland, CA 94607
17 Tel: (510) 835-3400
   Fax: (510) 835-7800
18 Email: gdoyle@toschisidran.com
   Email: tcrowell@toschisidran.com
19

20

21

22

23                  7/13/12               IT IS SO ORDERED
24                                        Judge Phyllis J. Hamilton
25

26

27

28

-2-