UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUZANNE D. JACKSON,

        Plaintiff,                  No. C 11-2753 PJH

    v.                         **ORDER RE BANKRUPTCY STAY**

WILLIAM FISCHER, et al.,

        Defendants.

_____/

      It appearing from the Notice of Filing of Bankruptcy Petition filed on April 24, 2012, that defendant William Fischer has filed a petition in bankruptcy and that an automatic stay is in effect,

      IT IS HEREBY ORDERED that the action is STAYED as to William Fischer.

      IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

IT IS SO ORDERED.

Dated:  July 18, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge