UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUZANNE D. JACKSON,

    Plaintiff,

v.

WILLIAM FISCHER, et al.,

    Defendants.
_____/

No. C 11-2753 PJH

ORDER

Defendant Upper Orbit LLC ("Upper Orbit") having failed to file a notice of substitution of counsel, as directed at the July 13, 2012 hearing on the motion to withdraw filed by counsel for Upper Orbit and defendant William Fischer, Upper Orbit is hereby ORDERED to show cause in writing no later than September 4, 2012 why default should not be entered against it for failure to respond to the complaint and for failure to comply with this court's order. If no response is filed by the above-stated deadline, the court will enter default as to Upper Orbit.

**IT IS SO ORDERED.**

Dated: August 24, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge