UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUZANNE D. JACKSON,

    Plaintiff,

    v.

WILLIAM FISCHER, et al.,

    Defendants.

_____/

No. C 11-2753 PJH

**ORDER ENTERING DEFAULT BY THE COURT**

On August 24, 2012, the court issued an order to show cause why default should not be entered against defendant Upper Orbit LLC ("Upper Orbit") for failure to respond to the second amended complaint and failure to comply with the court's July 13, 2012 order to file a notice of substitution of counsel. No response having been received by the September 4, 2012 deadline, the court hereby ORDERS that default be entered against Upper Orbit.

No later than October 5, 2012, plaintiff shall file a motion for default judgment or a dismissal of the claims against Upper Orbit. If plaintiff fails to comply with this order, the court will dismiss plaintiff's claims against Upper Orbit for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 24, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge