PETER C. McMAHON (State Bar No. 161841)
MCMAHON SEREPCA LLP
985 Industrial Road, Suite 201
San Carlos, CA 94070
Telephone: (650) 637-0600
Facsimile:  (650) 637-0700
Email: peter@msllp.com

Attorneys for Defendants
WILLIAM FISCHER AND UPPER ORBIT, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SUZANNE D. JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM FISCHER; JON SABES; STEVEN SABES; DAVID GOLDSTEEN; MARVIN SIEGEL; BRIAN CAMPION; LONNIE BOOKBINDER; CHETAN NARSUDE; MANI KOOLASURIYA; JOSHUA ROSEN; UPPER ORBIT, LLC; SPECIGEN, INC.; PEER DREAMS, INC., NOTEBOOKZ, INC., ILEONARDO.COM, INC.; NEW MOON, LLC; MONVIA, LLC; and SAZANI BEACH HOTEL,<br><br>Defendant. | Case No.  4:11-cv-02753-PJH<br><br>**[PROPOSED] ORDER REMOVING MCMAHON SEREPCA LLP FROM THE DOCKET AND THE ECF SERVICE LIST AS COUNSEL OF RECORD FOR DEFENDANTS WILLIAM FISCHER AND UPPER ORBIT, LLC** |

On July 11, 2012, the Court granted McMahon Serepca LLP's ("MSLLP"), Motion to Withdraw as Counsel for defendants William Fischer and Upper Orbit, LLC ("Defendants"). (ECF Docket No. 121)  At the request of the Court, MSLLP agreed to accept documents on defendant Upper Orbit's behalf until a substitution of counsel was entered for Upper Orbit.  Defendant Upper Orbit failed to file a substitution of attorney, and on August 24, 2012, the Court issued an Order requiring Upper Orbit to show cause in writing as to why default should not be entered against it by September 4, 2012.  (ECF Docket No.132)  The time for Upper Orbit to respond to the Court's OSC passed, and on September 24, 2012, the Court entered default against Upper Orbit, instructing Plaintiff to file a motion for default judgment by October 5, 2012, or the Court would dismiss plaintiff's claims against Upper Orbit for failure to prosecute. (ECF Docket No. 142)  On October 5, 2012, Plaintiff filed a motion for default against defendant Upper Orbit.  (ECF Docket No. 148)

On October 9, 2012, MSLLP filed its Request to be removed from the docket and service list as counsel of record for Defendants pursuant to Court Order of July 11, 2012, ("Request").

IT IS HEREBY ORDERED that MSLLP's Request is GRANTED.

IT IS FURTHER ORDERED that pursuant to Local Rule 5-1(c)(2)(D), MSLLP shall be removed from the docket and ECF service list in the above-referenced matter, as it is no longer counsel of record for Defendants.

**IT IS SO ORDERED**.

**Dated**: 10/11/12

_____
U.S. District Judge Phyllis J. Hamilton



2   Case No. 4:11-cv-02753-PJH
[PROPOSED] ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL