UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUZANNE D. JACKSON,

    Plaintiff,                               No. C 11-2753 PJH

    v.                                     **ORDER OF REFERENCE**
**TO MAGISTRATE JUDGE**

WILLIAM FISCHER, et al.,

    Defendants.

_____/

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation regarding plaintiff's motion for default judgment as to defendant Upper Orbit LLC.

The parties will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: October 12, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J