UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date: December 5, 2012** (Time: 1 hour 2 minutes)     **JUDGE:** Phyllis J. Hamilton

**Case No:** C-11-2753 PJH

**Case Name:** Jackson v. Fischer, et al.

**Attorney(s) for Plaintiff:**     Alan Kaufman; Robert Stumpf
**Attorney(s) for Defendant:**   Gregory Doyle and Thomas Crowell (New Moon)
                                  Jake Molland (Koolasuriya and Monvia)
                                  Mary Garfein (Fernandes)
                                  Tanya Herrera (Siegel, J. Sabes, S. Sabes)

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Raynee Mercado

**PROCEEDINGS**

Defendant Jon Sabes, Steven Sabes and Siegel's Motion to Dismiss-Held. The court takes the matter under submission.

Defendant Koolasuriya and Monvia LLC's Motion to Dismiss-Held. The court takes the matter under submission.

Defendant New Moon LLC's Motion to Dismiss-Held. The court takes the matter under submission.

Defendant Fernandes' Joinder and Motion to Dismiss-Held. The court takes the matter under submission.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc: chambers**