UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUZANNE D. JACKSON,

    Plaintiff,

    v.

WILLIAM FISCHER, et al.,

    Defendants.
_____/

No. C 11-2753 PJH

**ORDER VACATING HEARING DATE**

Pending before the court are four motions to dismiss the third amended complaint and one motion to strike portions of the third amended complaint. The parties have submitted several stipulations to continue the time to respond to the motion(s). Most recently, they submitted a stipulation that allowed plaintiff additional time, extended the time for the reply briefs, and left the court with less than fourteen days between the filing of the reply briefs and the scheduled hearing date. Because the court requires (and the Local Rules mandate) at least two weeks between the filing of a reply brief and the hearing, the August 28, 2013 hearing date is VACATED.

The parties shall meet and confer and decide on a schedule for the completion of the briefing. Once the motions are fully briefed, they shall submit a stipulation regarding the date for the hearing. Because there are five motions, the court will require at least three weeks between the date the stipulation is filed and the date the parties select for the hearing.

**IT IS SO ORDERED.**

Dated: July 22, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge