UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUZANNE D. JACKSON,

    Plaintiff,

    v.

WILLIAM FISCHER, et al.,

    Defendants.

_____/

No. C 11-2753 PJH

**ORDER TO SHOW CAUSE**

TO PLAINTIFF SUZANNE D. JACKSON:

PLEASE TAKE NOTICE THAT YOU ARE ORDERED TO SHOW CAUSE in writing why the court should not dismiss defendants Lonnie Bookbinder, Sazani Beach Hotel, and Jean Paul a/k/a "Buzzy" Lamere, pursuant to Federal Rule of Civil Procedure 4(m) for failure to effectuate service.

No later than October 30, 2013, plaintiff shall file proofs of service showing service of the summons and complaint on Lonnie Bookbinder, no later than October 4, 2011 (120 days from filing of original complaint); on Sazani Beach Hotel (plus proof of receipt), no later than October 13, 2012 (120 days from issuance of order allowing service by e-mail); and on Jean Paul a/k/a "Buzzy" Lamere, no later than October 13, 2012 (120 days from filing of second amended complaint).

**IT IS SO ORDERED.**

Dated: October 22, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge