UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUZANNE D. JACKSON,

    Plaintiff,

    v.

WILLIAM FISCHER, et al.,

    Defendants.

Case No. 11-cv-2753-PJH

**ORDER VACATING HEARING DATE**

PLEASE TAKE NOTICE that the date for the hearing on defendants' motions to strike and motions to dismiss, previously set for Wednesday, September 23, 2015, has been VACATED. The court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Dated: September 17, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge