UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUZANNE D. JACKSON,

    Plaintiff,

    v.

WILLIAM FISCHER, et al.,

    Defendants.

Case No. 11-cv-2753-PJH

**ORDER RE REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL**

    The court is in receipt of a request by attorney John S. Classen to withdraw as counsel for defendant Brian Campion. The request will be granted once Mr. Campion has submitted a notice substituting new counsel or himself in pro per.

**IT IS SO ORDERED.**

Dated: January 20, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge