| | |
|---|---|
| 1 | Theodore A. Griffinger, Jr. (SBN 66028) |
| 2 | Kyle A. Withers (SBN 269459) |
|   | LUBIN OLSON & NIEWIADOMSKI LLP |
|   | Transamerica Pyramid |
| 3 | 600 Montgomery Street, 14th Floor |
|   | San Francisco, CA 94111 |
| 4 | Telephone:   (415) 981-0550 |
|   | Facsimile:    (415) 981-4343 |
| 5 | tgriffinger@lubinolson.com |
|   | kwithers@lubinolson.com |
| 6 | |
| 7 | Attorneys for Defendants |
|   | JON SABES, STEVEN SABES, MARVIN |
|   | SIEGEL, AND BRIAN CAMPION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUZANNE D. JACKSON, | Case No. 4:11-cv-02753-PJH |
| Plaintiff, | |
| v. | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT BRIAN CAMPION AND [PROPOSED] ORDER THEREON** |
| WILLIAM FISCHER; JON SABES; STEVEN SABES; MARVIN SIEGEL; BRIAN CAMPION; LONNIE BROOKBINDER; MANI KOOLASURIYA, JORGE FERNANDES, JOSHUA ROSEN, STEVE WATERHOUSE, JEAN PAUL a/k/a "BUZZY" LAMERE, UPPER ORBIT, LLC, SPECIGEN, INC.; PEER DREAMS INC.; NOTEBOOKZ INC.; ILEONARDO.COM INC.; NEW MOON LLC; MONVIA LLC, CII LIMITED; and SAZANI BEACH HOTEL, | Complaint Filed:   June 6, 2011<br>Trial Date:   None |
| Defendants. | |

1  PLEASE TAKE NOTICE that Defendant BRIAN CAMPION hereby substitutes Lubin Olson & Niewiadomski LLP as his attorneys of record in this action in place of John Claassen, Claassen Professional Corporation, 1970 Broadway, Suite 525, Oakland, California 94612, telephone number (510) 251-8010.

All pleadings, orders and notices should henceforth be served upon Theodore A. Griffinger, Jr. and Kyle A. Withers at Lubin Olson & Niewiadomski LLP, 600 Montgomery Street, Suite 1400, San Francisco, California 94111, telephone number (415) 981-0550, facsimile number: (415) 981-4343.

Dated: January 20, 2016            LUBIN OLSON & NIEWIADOMSKI LLP

By: _____
Kyle A. Withers
Attorneys for Defendants
Jon Sabes, Steven Sabes, Marvin Siegel, and Brian Campion

I consent to the above substitution of counsel.

Dated: January 14, 2016            CLAASSEN PROFESSIONAL CORPORATION

By: _____
John Claassen
Attorney for Defendant
Brian Campion

I consent to the above substitution of counsel.

Dated: January 19, 2016

By: _____
Brian Campion

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: _____
UNITED STATES DISTRICT COURT JUDGE

PLEASE TAKE NOTICE that Defendant BRIAN CAMPION hereby substitutes Lubin Olson & Niewiadomski LLP as his attorneys of record in this action in place of John Claassen, Claassen Professional Corporation, 1970 Broadway, Suite 525, Oakland, California 94612, telephone number (510) 251-8010.

All pleadings, orders and notices should henceforth be served upon Theodore A. Griffinger, Jr. and Kyle A. Withers at Lubin Olson & Niewiadomski LLP, 600 Montgomery Street, Suite 1400, San Francisco, California 94111, telephone number (415) 981-0550, facsimile number: (415) 981-4343.

Dated: January 14, 2016              LUBIN OLSON & NIEWIADOMSKI LLP

By: _____
Kyle A. Withers
Attorneys for Defendants
Jon Sabes, Steven Sabes, Marvin Siegel, and Brian Campion

I consent to the above substitution of counsel.

Dated: January 14, 2016              CLAASSEN PROFESSIONAL CORPORATION

By: _____
John Claassen
Attorney for Defendant
Brian Campion

I consent to the above substitution of counsel.

Dated: January 14, 2016

By: _____
Brian Campion

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: _____
UNITED STATES DISTRICT COURT JUDGE

PLEASE TAKE NOTICE that Defendant BRIAN CAMPION hereby substitutes Lubin Olson & Niewiadomski LLP as his attorneys of record in this action in place of John Claassen, Claassen Professional Corporation, 1970 Broadway, Suite 525, Oakland, California 94612, telephone number (510) 251-8010.

All pleadings, orders and notices should henceforth be served upon Theodore A. Griffinger, Jr. and Kyle A. Withers at Lubin Olson & Niewiadomski LLP, 600 Montgomery Street, Suite 1400, San Francisco, California 94111, telephone number (415) 981-0550, facsimile number: (415) 981-4343.

Dated: January 19, 2016          LUBIN OLSON & NIEWIADOMSKI LLP


By: _____
Kyle A. Withers
Attorneys for Defendants
Jon Sabes, Steven Sabes, Marvin Siegel, and Brian Campion

I consent to the above substitution of counsel.

Dated: January 14, 2016          CLAASSEN PROFESSIONAL CORPORATION


By: _____
John Claassen
Attorney for Defendant
Brian Campion

I consent to the above substitution of counsel.

Dated: January 19, 2016



By: _____
Brian Campion

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: 1/25/16          _____
                        UNITED STATES DISTRICT COURT JUDGE