1

2

3

4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7     SUZANNE D. JACKSON,
                                              Case No.  11-cv-2753-PJH
8              Plaintiff,

9         v.                                  **ORDER RE BRIEFING SCHEDULE**

10    WILLIAM FISCHER, et al.,

11             Defendants.

12

13

14        The court is in receipt of a motion for "clarification," filed by plaintiff Suzanne D.

15    Jackson on June 8, 2016.  The motion is noticed for hearing on August 3, 2016.  The

16    hearing date is hereby VACATED.  Any opposition to the motion shall be filed no later

17    than 4:00 p.m. on Wednesday, June 15, 2016.  Any reply to the opposition shall be filed

18    no later than 3:00 p.m. on Friday, June 17, 2016.  No extensions will be permitted.  The

19    court will issue an order on the papers.

20

21    **IT IS SO ORDERED.**

22    Dated:  June 10, 2016

23                                             _____

24                                             PHYLLIS J. HAMILTON
                                               United States District Judge
25

26

27

28