UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SUZANNE D. JACKSON,<br>　　　Plaintiff,<br>　　v.<br>WILLIAM FISCHER, et al.,<br>　　　Defendants. | Case No. 11-cv-02753-PJH (LB)<br><br>**DISCOVERY ORDER** |

On August 7, the court ordered counsel to meet by telephone within 72 hours to schedule all depositions, and it ordered all deponents and Ms. Jackson to be on standby with their calendars to resolve any calendar conflicts. (*See* ECF No. 363 at 2.) The court also forbade counsel from filing separate letter briefs. (*Id.* at 3.) On August 11, the court received an email from defense counsel that Ms. Jackson did not make herself available for the call. The parties thus could not schedule her deposition. Counsel said that he understood that Ms. Jackson and her attorney were available between August 29 and September 1. The court orders the following. First, defense counsel must file his August 11 email to establish the record for his request. Second, Ms. Jackson's deposition must take place between August 29 and September 1.

**IT IS SO ORDERED.**

Dated: August 13, 2016

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER (No. 11-cv-02753-PJH) (LB)