The Honorable Phyllis J. Hamilton
United States District Court
Northern District of California

In Re: Suzanne D. Jackson vs. William Fischer, et. al.
Case File No. CV-11-02753-PJH

FILED
JUN - 6 2017
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dear Judge Hamilton:

I have reviewed Mr. Alan Kaufman's Declaration, dated January 11, 2017, and believe that I have an obligation to this Court to expose Mr. Kaufman's lies and his unethical coercion resulting in the settlement agreement between Suzanne D. Jackson and myself.

First, Mr. Kaufman's allegations in his January 11, 2017 Declaration such as that I imported drugs from Honduras is outright fabrication and malicious defamation. Mr. Kaufman's intention with his allegations is to deflect the real issue at hand: Mr. Kaufman's and Ms. Jackson's four continuous years of extortion against me.

The primary reason why I entered into a settlement agreement with Ms. Jackson was because Mr. Kaufman threatened to turn over information relating to alleged bad acts that Mr. Kaufman claimed to have in his control. Mr. Kaufman said he would deliver this information to authorities and have me criminally prosecuted if I did not settle the Minnesota case in bankruptcy court. Mr. Kaufman informed me that he could easily figure out a way to "jam me up" for bankruptcy fraud that would subject me to criminal prosecution. Mr. Kaufman knew that I already had two previous criminal convictions and that another criminal investigation and potential conviction could trigger the Three Strikes Rule in Minnesota and incarcerate me for a very long time. As I stated in my declaration to the court dated November 5, 2016, Mr. Kaufman pulled me aside after my deposition and said to me: "How would you like your children growing up without a father."

Mr. Kaufman specifically told my attorney, Mr. Ryan Simafranca, that if I did not settle the Minnesota case and we went to trial, the Judge would then write a 20-page opinion about my bad acts and it would make the prosecutor's job a lot easier.

I am in the process of filing an ethics complaint with the Minnesota Board of Professional Responsibility against Mr. Kaufman for his unethical acts (threats of criminal prosecution if I did not enter into a settlement agreement with Plaintiff). Mr. Kaufman's plan was to force me to settle and admit to fraud by threatening me with criminal prosecution. Mr. Kaufman would then pursue secondary liability claims against the California defendants who had deep pockets.

Mr. Kaufman has produced only 2 emails to prove that he did not threaten me with criminal prosecution if I did not settle the Minnesota case. There are many other emails that are attached to this letter that shows that Mr. Kaufman did in fact lie to this Court and did threaten me with criminal prosecution unless I settled the Minnesota case.

Further, over the summer and into the fall of 2016, Mr. Kaufman became relentless in trying to force me to stipulate to securities fraud in order to extract large settlements against my co-defendants in California, as he forced me to do in 2013. I did not comply with his demands and flatly refused to join in his criminal conspiracy. His threats increased. Mr. Simafranca taped the threats in a telephone conference on or about September 9, 2016 between Mr. Kaufman and Mr. Simafranca. If the Court requests it, I will provide direct evidence in the form of a transcript of this tape of Mr. Kaufman's lies and threats.

If there is any doubt as to whether Mr. Kaufman threatened to have me criminally prosecuted if I did not settle the Minnesota case, I encourage you to look at the settlement agreement itself. The settlement agreement contains a contract provision that states that Ms. Jackson will pay me $200,000.00 if Ms. Jackson or Mr. Kaufman ever cooperated with anyone to have me criminally prosecuted. I made sure to have this provision in the settlement agreement because of Mr. Kaufman's threats.

Enclosed, please find: 1) Declaration of Ryan Simafranca detailing Mr. Kaufman's numerous threats; 2) associated emails between Mr. Simafranca and Mr. Kaufman detailing Mr. Kaufman's threats; 3) the signed Settlement Agreement between myself and Ms. Suzanne Jackson.

I strongly believe I have a case for extortion against both Mr. Kaufman and Ms. Jackson and intend to begin a separate legal action against these individuals in Minnesota; as well as providing the proper authorities the evidence to hopefully criminally prosecute Mr. Kaufman and Ms. Jackson for the over four years of intimidation, threats and extortion against me, which has plunged me and my four young children into financial, physical and emotional depression.

Sincerely,

*[signature]*
William Fischer

May 24, 2017

2585 Sandhill Lane
Alexandria, Minnesota 56308
wfischer1@yahoo.com

2