UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUZANNE D. JACKSON,

    Plaintiff,

    v.

WILLIAM FISCHER, et al.,

    Defendants.

Case No. 11-cv-2753-PJH

**ORDER**

This case is currently set for trial, to commence on December 4, 2017. The final pretrial conference is set for November 9, 2017. Pursuant to the May 23, 2017 Case Management and Pretrial Order, all pretrial papers, including the joint pretrial statement, the trial briefs, the witness and exhibit lists, any motions in limine, and lists of any deposition excerpts for witnesses who will not testify at trial were due on October 12, 2017. No pretrial papers have been filed.

Meanwhile, on September 6, 2017, the court requested that the parties submit a joint status statement. In the status statement, which was filed on September 13, 2017, the parties indicated that they had reached a "comprehensive settlement" on August 9, 2017, and that they expected that "all matters relating to settlement with all parties" would be completed by the end of September. To date, nothing further has been filed.

If notice of dismissal has not been filed by November 9, 2017, the court will expect the parties to appear in court as scheduled.

**IT IS SO ORDERED.**

Dated: October 20, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge